ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Fortis Networks, Inc. | ) ASBCA No. 61208 |
| | ) |
| Under Contract No. W912BV-14-D-0005 | ) |

APPEARANCE FOR THE APPELLANT:    David A. Rose, Esq.
    Rose Consulting Law Firm
    Valdosta, GA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Ronald J. Goodeyon, Esq.
    Stephanie J. Milburn, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer, Tulsa District

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 11, 2022

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61208, Appeal of Fortis Networks, Inc., rendered in conformance with the Board's Charter.

Dated: January 11, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals